FILED
2009 Aug-19 AM 11:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roy D. Perryman Buell + Vincent P.C.
Donnell Boyd, Agent
801 Univ Blvd
Ste 302
Tuscm., AL 35223

CV-09-RRA-1616-S

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Cheri Carlton   ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Cheri Carlton

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7009 1410 0000 0900 8120

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

