USPS FLAT RATE MAILING ENVELOPE

From/Expéditeur:

Sender: Please print your name, address, and ZIP+4 in this box

Clerk
U.S. No. Dist of AL
1729 5th Ave No
B'ham, AL 35203

REFUSED

8-24-09
9-2-09








TO: John Calhoun
300 N. R. Arlington Blvd
B'ham, AL 35203

7009 1410 0000 0900 8113