FILED
2009 Sep-13 PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Richard M. Powell, Larry A. Clements, and Belinda Stephens, Representative Plaintiffs, and other persons similarly situated, The Plaintiff Class, Plaintiffs  v.  Charles Gorham, et al. Defendants | Civil Action File: 2:09-cv-01616 RRA |

**Notice of Voluntary Dismissal As Right Pursuant to FRCP Rule 41(a) of Action Against Known Defendant Attorneys[1]**

Plaintiffs do hereby voluntarily dismiss the aforesaid action against Known Defendant Attorneys as specified above. This dismissal is as of right pursuant

---

[1] Charles Gorham and the law firm of Gorham & Cason, L.L.C., and their individual partners and/or members; L. Stephen Wright, the law firm of Najjar, Denaburg, P.C. and its individual partners, and/or shareholders; George R. Fernambucq, Richard Vincent, , the Law firm of Boyd, Fernambucq & Vincent, P.C., and its individual partners and/or shareholders;

to FRCP Rule 41(a). Defendants Ferguson and Calhoun having previously filed a General Answer (Doc #  ) cannot be dismissed as of right at this time pursuant to Rule 41(a)(1)(A)(i).

Plaintiffs' counsel filed a Motion to Withdraw on September 7, 2009, but no replacement counsel has been found at this time. Plaintiffs' counsel therefore rightfully withdraws his Motion to Withdraw (Doc. # ) and in lieu thereof have obtained his clients' consent, continuing to act as their counsel, to dismiss the actions against the aforesaid Known Defendant Attorneys.

Plaintiffs' counsel will meet promptly with counsel for Defendants Ferguson and Calhoun to discuss the General Answer they filed and possible cooperative resolution of the action pending against them.

WHEREFORE, Plaintiffs' Motion to Withdraw is rightfully withdrawn, Plaintiffs as a matter of right dismiss their actions against Known Defendant Attorneys, and Plaintiffs' counsel will meet as soon as

possible with counsel for Defendants Ferguson and Calhoun to discuss resolution of the action still pending as to said Defendants Ferguson and Calhoun.

                                    **/s/**
Representative Plaintiffs' Address:

Joseph W. Blackburn
4037 Butler Springs Place
Birmingham, Al 35226
Tel. 205-835-5847
Email:josephblackburn@bellsouth.net

CERTIFICATE OF SERVICE

I, Joseph W. Blackburn, hereby certify that on September 13, 2009, I filed this Notice of Voluntary Dismissal As Right Pursuant to FRCP Rule 41(a) of Action Against Known Defendant Attorneys[2] by email with the Clerk for the Federal District Court for the Northern District of Alabama in compliance with its procedures for electronic filing.

E-File Recipients:
Bettie J. Carmack
Office of the Attorney General
Alabama State House
11 South Union St.
Montgomery, AL 36160-0152
334-353-5305
Fax: 334-242-2433

John M. Goodman,
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North, Seventh Floor

---

[2] Charles Gorham and the law firm of Gorham & Cason, L.L.C., and their individual partners and/or members; L. Stephen Wright, the law firm of Najjar, Denaburg, P.C. and its individual partners, and/or shareholders; George R. Fernambucq, Richard Vincent, , the Law firm of Boyd, Fernambucq & Vincent, P.C., and its individual partners and/or shareholders;

PO Box 830709
Birmingham , AL 35283-0709
205-521-8231
Fax: 205-488-6231
Email: jmgoodman@babc.com

Joseph B Mays , Jr
BRADLEY ARANT BOULT CUMMINGS LLP
PO Box 830709
Birmingham , AL 35283-0709
521-8000
Email: jmays@babc.com

Rusha Smith
BRADLEY ARANT BOULT CUMMINGS LLP
PO Box 830709
Birmingham , AL 35283-0709
205-521-8000
Fax: 205-488-6010
Email: rsmith@babc.com

Emily Sides Bonds
Walston Wells Anderson & Bains LLP
P.O.Box 830642
Birmingham, AL  35283-0642
205-244-5200