IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD M. POWELL, ET AL. ) | |
| ) | |
| Plaintiffs, ) | CASE NO: CV-09-RRA-1616-S |
| ) | |
| CHARLES GORHAM AND THE ) | |
| LAW FIRM OF GORHAM & ) | |
| CASON, L.L.C., ET AL. ) | |
| ) | |
| Defendants. ) | |

ORDER PARTIALLY DISMISSING CASE

The plaintiff's counsel has filed Document 30. The court treats this as a Notice of Appearance as this attorney's motion to withdraw has already been granted. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiffs motion to dismiss their case is **GRANTED** as to all defendants except defendants Ferguson and Calhoun[1]. The dismissal is **without prejudice**.

Plaintiffs and counsel for defendants Ferguson and Calhoun shall notify the court by 10 a.m. on September 18, 2009, whether this action has resolved as to these remaining defendants.

DONE and ORDERED this 16th day of September, 2009.

*/s/ Robert R. Armstrong*
Robert R. Armstrong, Jr.
United States Magistrate Judge

---

[1] Defendant Calhoun has not yet answered. However, the plaintiffs, apparently under the impression that he has, has not moved to dismiss this defendant.