Case 2:09-cv-01616-RRA   Document 82   Filed 10/25/10   Page 1 of 5

10-12914

FILED
2010 Oct-25 PM 03:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

Sharon Harris
United States District Court
Hugo Black U. S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 25, 2010

Sharon Harris
United States District Court
Hugo Black U. S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Appeal Number: 10-12914-FF
Case Style: Richard Powell, et al v. John Calhoun, et al
District Court Docket No: 2:09-cv-01616-RRA

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: James O. Delaney
Phone #: 404-335-6113

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

No. 10-12914

District Court Docket No.
2:09-cv-01616-RRA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 24, 2010
JOHN LEY
CLERK

RICHARD M. POWELL,
BELINDA STEPHENS,

Plaintiffs - Appellants,

LARRY A. CLEMENTS,

Plaintiff,

versus

CHARLES GORHAM, et al.,

Defendants,

JOHN C. CALHOUN,
R. A. FERGUSON,

Defendants - Appellees.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

Appeal from the United States District Court for the
Northern District of Alabama

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: September 24, 2010
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

ISSUED AS MANDATE
OCT 25 2010
U.S. COURT OF APPEALS
ATLANTA GA

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12914
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 24, 2010
JOHN LEY
CLERK

D. C. Docket No. 2:09-cv-01616-RRA

RICHARD M. POWELL,
BELINDA STEPHENS,

                                                 Plaintiffs-Appellants,

LARRY A. CLEMENTS,

                                                 Plaintiff,

versus

CHARLES GORHAM, et al.,

                                                 Defendants,

JOHN C. CALHOUN,
R. A. FERGUSON,

                                                 Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(September 24, 2010)

Before TJOFLAT, WILSON and FAY, Circuit Judges.

PER CURIAM:

The dismissal of this matter is affirmed for the reasons set forth in the Memorandum Opinion of the United States Magistrate Judge dated June 8, 2010.

AFFIRMED.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

2